United States District Court

Middle District of Florida

Orlando Division

JOHN DOE

Plaintiff, pro se

V.

Pfizer INC.,

Defendant.

_____/

Case No.:

MOTION TO MAINTAIN THE DOCKET UNDER SEAL

Plaintiff John Doe respectfully moves this court to have this case sealed from the public.

Plaintiff has also motioned for leave to proceed under pseudonym.

The privacy interests of Plaintiff and his minor children outweigh the public's interest in being able to decipher Plaintiff's identity through Plaintiff's phone number, address, and other unique identifiers (veteran's status, contracts with Gov't agencies, etc).

If this motion is not approved, then Plaintiff would still like to proceed, on public docket, under pseudonym.

Respectfully submitted this 13th day of April, 2026.

s/ JOHN DOE

JOHN DOE (pro se - under pseudonym)
Brevard County, FL (domicile)
Current mailing address: 21 Schiller Rd, Boston, MA 02131
Ph: (610)653-7110    , Email: thump4567@gmail.com