UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN DOE**
Plaintiff, pro se
V.

Case No.:

**PFIZER INC.,**
Defendant.

_____/

### MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff John Doe respectfully moves this Court pursuant to Federal Rule of Civil Procedure 10(a) and Local Rule 1.11 for leave to proceed under the pseudonym "John Doe" in this action. In support thereof, Plaintiff states: This lawsuit further arises from alleged retaliation by Defendant Pfizer Inc. and its employee for Plaintiff's protected petition activity. Public disclosure of Plaintiff's true identity would expose Plaintiff and his minor children to a serious risk of further harassment, retaliation, threats, and potential physical harm.

The privacy interests of Plaintiff and his minor children substantially outweigh the public's interest in knowing Plaintiff's identity at this stage of the proceedings. Plaintiff is willing to disclose his true name and current mailing address to the Court and to Defendant under seal or by separate filing if required.

Plaintiff further requests that the Pfizer employee referred to in the Complaint as "J.P.M." be identified only by those initials in all public filings. The employee's full name is known to Plaintiff and will be provided to the Court and to Defendant in a sealed supplement filed concurrently with this Motion. Use of the initials J.P.M. is necessary to protect Plaintiff and his family from further targeted retaliation and harassment.

**WHEREFORE**, Plaintiff respectfully requests that the Court:
a. Grant this Motion and allow Plaintiff to proceed under the pseudonym "John Doe";
b. Direct the Clerk to file the Complaint and all pleadings under the pseudonym "John Doe";
c. Permit the Pfizer employee to be identified publicly only as "J.P.M."; and
d. Grant such other relief as the Court deems just and proper.

Respectfully submitted this 13th day of April, 2026.

s/ John Doe
John Doe (*pro se, under pseudonym*)
Brevard County, Florida (*domicile*)
Current mailing address: 21 Schiller Rd, Boston, MA 02131
Telephone: (610) 653-7110
Email: thump4567@gmail.com