**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFREY MCSHANE,**

    **Plaintiff,**

**v.**                                        **Case No: 6:26-cv-00811-PGB-RMN**

**PFIZER INC.,**

    **Defendant.**
                                    /

## ORDER

This cause comes before the Court on *pro se* Plaintiff Jeffrey McShane ("**Plaintiff**")[1] Motion to Proceed *in forma pauperis*. (Doc. 5 (the "**Motion**")). Magistrate Judge Robert M. Norway submitted a Report and Recommendation (Doc. 7 (the "**Report and Recommendation**") recommending that the Court deny the Motion, and dismiss the Complaint (Doc. 1 (the "**Complaint**")) without prejudice with leave to amend. Neither party has filed an objection, and the time to do so has now passed.[2]

After an independent *de novo* review of the record in this matter, and noting that no objections to the Report and Recommendation were timely filed, the Court

---

[1]    In the Motion, Plaintiff is referred to as "John Doe" because, at the time of filing, Plaintiff had simultaneously filed a Motion for Leave to Proceed Under a Pseudonym. (*See* Docs. 3, 5). The Magistrate Judge, however, denied the Motion for Leave to Proceed Under a Pseudonym on April 15, 2026, citing the fact that Plaintiff had signed the instant Motion with his real name. (*See* Doc. 8, pp. 4–5 (citing Doc. 3)).

[2]    The Court notes that Defendant Pfizer Inc. ("**Defendant**") has not been served, and accordingly, has not yet appeared in the action.

agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1.    Magistrate Judge Robert M. Norway's Report and Recommendation (Doc. 7), filed on April 15, 2026, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 5) is **DENIED**.

3.    The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. On or before **May 25, 2026**, Plaintiff may file an amended complaint that comports with the Local Rules and Federal Rules of Civil Procedure 8 and 10, and corrects the deficiencies identified in the Report and Recommendation (Doc. 7).

4.    Failure to timely comply with this Order may result in dismissal of the action without prejudice without further notice.

**DONE AND ORDERED** in Orlando, Florida on May 4, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2