UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY MCSHANE,

    Plaintiff,

vs.

PFIZER INC.,

    Defendant.

Case No.
6:26-cv-811-PGB-RMN

## ORDER

This matter is before the Court without oral argument on Plaintiff's Motion for Leave to View the Docket Electronically and E-File (Dkt. 9), filed April 29, 2026. The Motion has been referred to a magistrate judge for consideration. Upon consideration, the Motion is denied.

First, Plaintiff files the motion under a pseudonym "John Doe." Plaintiff was denied permission to file under a pseudonym and the Court denied his motion to seal the case. *See* Dkt. 8. Any future filings that utilize an improper pseudonym will be denied on that basis alone.

In his Motion, *pro se* Plaintiff requests access to the Court's CM/ECF system to view the docket and electronically file documents in this case. Dkt. 9. Plaintiff requests access to electronic filing "more

efficiently manage this case and receive immediate, digital notice of filings and orders." *Id.* at 1.

Federal Rule of Civil Procedure 5(d)(3)(B)(i) states that a person who is not represented by a lawyer "may file electronically only if allowed by court order or by local rule." This Court's Local Rules do not authorize *pro se* parties to file papers electronically. Moreover, "[t]here is no constitutional right to electronic filing, and courts are permitted to manage access to electronic systems in the interest of administrative efficiency, consistency, and security." *In re Vital Pharms., Inc.*, No. 0:22-bk-17842, 2025 WL 1189882, at *9 (Bankr. S.D. Fla. Apr. 23, 2025).

*Pro se* plaintiffs have the ability to access the electronic records of the federal courts by registering online with PACER and do not need the Court's permission to do so. The Court's *Guide for Proceeding Without a Lawyer* provides as follows:

> If you have internet access, you can also register for PACER (Public Access to Court Electronic Records) and view and print the documents in a case. To register, go to the PACER registration page on the PACER website (*www.pacer.gov*) or call (800) 676-6856. Using PACER may cost $.10 a page for viewing or printing. PACER will give you details when you register. Problems with PACER should be addressed to PACER, not to the court.

To the extent that Plaintiff wishes to use the CM/ECF system to *file* documents with the Court electronically, that request is denied. The

- 2 -

Court does not typically allow *pro se* litigants to utilize its CM/ECF system, *see Administrative Procedures for Electronic Filing* § B(5) (2022), although *pro se* litigants may be permitted if good cause is shown or extenuating circumstances exist. *See Fisher v. Dist. Sch. Bd. Of Collier Cnty.*, No. 2:10-cv-512, 2010 WL 3522215, at *1 (M.D. Fla. Sept. 7, 2010). Plaintiff's motion does not show extenuating circumstances or good cause warranting the granting of electronic filing privileges.

However, the Court will permit the Plaintiff to receive electronic notification of filings via email. "[T]he Court in its discretion may grant a pro se party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here. *See id.* (authorizing electronic notification of filings for a *pro se* litigant via email); *Cromity v. City of Orlando*, No. 6:24-cv-1688, 2025 WL 435901, at *2 (M.D. Fla. Jan. 29, 2025) (same).

And finally, in pursuing this action, the Court recommends that Plaintiff consider consulting resources available for litigants without lawyers. Plaintiff may visit the Court's website (www.flmd.uscourts.gov) for resources for unrepresented litigants, including a *Guide for Proceeding Without a Lawyer*. Plaintiff may also get a copy of the *Guide* at the clerk's office. In addition, the Orlando

- 3 -

Chapter of the Federal Bar Association operates a Legal Information Program that affords litigants proceeding in federal court without lawyers an opportunity to meet with lawyers to ask general questions about procedures governing cases in federal court. More information about the program, including instructions about how to schedule an appointment, is available on the Court's website at https://www.flmd.uscourts.gov/legal-information-program.

Accordingly, it is **ORDERED** that:

1.      Plaintiff's Motion for Leave to View the Docket Electronically and E-File (Dkt. 9) is **DENIED**.

2.      Plaintiff is permitted to receive electronic notification of filings via email. The Clerk is **DIRECTED** to add Plaintiff's email address (thump4567@gmail.com) to the docket and send all future notices of electronic filing to this email address.

3.      Plaintiff is responsible for notifying the Clerk if he changes his email address. Plaintiff is advised to check his email frequently, as some filings may be time sensitive. The notices of electronic filing will contain a hyperlink that allows Plaintiff to view the document for the first time at no charge. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. An individual must access PACER to view a document after the hyperlink has expired. The Court's Guide for Proceeding Without

- 4 -

a Lawyer provides instructions on how to register for PACER. Please note that when the Court allows a *pro se* litigant to receive notices of filing by email, the Clerk's office no longer mails paper copies. As a result, Plaintiff is cautioned that he will no longer receive court documents by U.S. mail.

DONE and ORDERED in Orlando, Florida, on May 4, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Jeffrey McShane
Thump4567@gmail.com