# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEFFREY MCSHANE,**

      **Plaintiff,**

  **v.**                              **Case No.:  6:26-cv-00811-PGB-RMN**

**PFIZER INC.,**

      **Defendant,**

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of April 15, 2026 directing counsel to file a Notice of Pendency of Other Actions and a Disclosure Statement.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on May 6, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties